1  RIMER & MATHEWSON LLP
   Darren S. Rimer (179,696)
2  Darren@rimermath.com
   28202 Cabot Road, Suite 300
3  Laguna Niguel, CA 92677
   Fax: (949) 625-7640
4
   AMIN HALLIHAN, LLC
5  Rakesh M. Amin (admitted pro hac vice)
   Ryan M. Kaiser (admitted pro hac vice)
6  Jonathan J. Krit (admitted pro hac vice)
   rakesh@aminhallihan.com
7  217 North Jefferson Street, Suite 100, Chicago, IL 60661
   Tel.: (312) 466-1033 • Fax: (312) 223-1515
8
   Attorneys for Plaintiff
9  BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC. d/b/a
   BSN, INC.
10
   CALL, JENSEN & FERRELL
11 A PROFESSIONAL CORPORATION
   David R. Sugden (218,465)
12 Scot D. Wilson (223,367)
   610 Newport Center Drive, Suite 700
13 Newport Beach, CA 92660
   Tel: (949) 717-3000
14 Fax: (949) 717-3100
   dsugden@calljensen.com
15 swilson@calljensen.com

16 Attorneys for Defendants David. A. Lopez,
   Supplement Direct Ventures, Inc. and
17 SupplementPolice.com




Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

18                UNITED STATES DISTRICT COURT
19                CENTRAL DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| 21 BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC. D/B/A BSN, INC., a Florida corporation, | CASE NO.: CV 07-2419 ER (Ex) |
| 23 Plaintiff, | **JOINT STIPULATION TO WITHDRAW PLAINTIFF'S EX PARTE APPLICATION (DOCKET ENTRY 16) AND [PROPOSED] ORDER FOR NEW BRIEFING SCHEDULE ON DEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC. § 425.16** |
| 24 v. | |
| 25 DAVID ALLAN LOPEZ, an individual; SUPPLEMENT DIRECT VENTURES, INC., a California corporation; SUPPLEMENTPOLICE.COM, a non-profit organization of unknown origin; and SAN RAFAEL CHEMICAL SERVICES | |

PRINTED ON
RECYCLED PAPER

3889415v1

BY FACSIMILE  26

1  INCORPORATED, a Utah Corporation,
2     Defendant(s).
3
4     WHEREAS, on May 29, 2007, Plaintiff filed an ex parte application to stay
5  Defendants David A. Lopez, Supplement Direct Ventures, Inc. and
6  SupplementPolice.com's ("the Lopez Defendants") special motion to strike (docket
7  entry 16);
8     WHEREAS, on May 30, 2007, the Lopez Defendants filed an opposition to
9  Plaintiff's ex parte application, and proposed a new briefing schedule for their special
10 motion to strike; and
11    WHEREAS, the Lopez Defendants' proposed briefing schedule obviates the
12 need for a decision on Plaintiff's ex parte application, and the parties have stipulated
13 to withdraw Plaintiff's ex parte application and use the briefing schedule set forth
14 below.

Respectfully submitted,

RIMER & MATHEWSON LLP

AMIN HALLIHAN, LLC

Dated: June 1, 2007      By: /s/ Jonath Krit
                              Darren S. Rimer
                              Rakesh M. Amin
                              Ryan M. Kaiser
                              Jonathan J. Krit
                              Attorneys for Plaintiff


CALL, JENSEN & FERRELL APC

Dated: 5/31/07           By: /s/ David R. Sugden
                              David R. Sugden
                              Scot D. Wilson

Attorneys for Defendants David A. Lopez, Supplement Direct Ventures, Inc. and SupplementPolice.com

FOR GOOD CAUSE SHOWN, IT IS ORDERED that:

1. Plaintiff's Ex Parte Application (Docket Entry 16) is hereby withdrawn;

2. Plaintiff shall file and serve an opposition to the Lopez Defendants' special motion to strike no later than June 25, 2007, with service to include service by e-mail;

3. The Lopez Defendants may have until July 2, 2007 to file and serve a reply to Plaintiff's opposition to the special motion to strike (if the Lopez Defendants choose to file such a reply), with service to include service by e-mail; and

4. the hearing on the Lopez Defendants' special motion to strike is hereby continued to this Court's July 9, 2007 calendar at 10:00 a.m.

IT IS SO ORDERED.

Dated: JUN 5 2007

By: _____
THE HONORABLE EDWARD RAFEEDIE
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

State of California )
) §.
County of Orange )

I am over the age of 18 and not a party to the within action; my business address is RIMER & MATHEWSON LLP, 28202 Cabot Road, Suite 300, Laguna Niguel, California 92677. On **June 1, 2007**, a copy of the attached **JOINT STIPULATION TO WITHDRAW PLAINTIFF'S EX PARTE APPLICATION (DOCKET ENTRY 16) AND [PROPOSED] ORDER FOR NEW BRIEFING SCHEDULE ON DEFENDANTS' SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CODE CIV. PROC. § 425.16** was served on all interested parties in this action by U.S. Mail, postage prepaid, at the address as follows, as well as by e-mail:

| | |
|---|---|
| David R. Sugden<br>Scot D. Wilson<br>CALL, JENSEN & FERRELL, APC<br>610 Newport Ctr Dr., Ste 700<br>Newport Beach, CA 92660<br>swilson@calljensen.com<br>dsugden@calljensen.com | Counsel for Defendants<br>David Allan Lopez<br>Supplement Direct Ventures, Inc.<br>SupplementPolice.com |
| Thomas L. Vincent<br>Robert K. Lu<br>PAYNE & FEARS LLP<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614<br>TLV@paynefears.com | Counsel for Defendant<br>San Rafael Chemical Services, Inc |

Executed on **June 1, 2007**, at Ladera Ranch, California. I declare under penalty of perjury that the above is true and correct. I declare that I am employed in the office of Rimer & Mathewson LLP at whose direction service was made.

Darren S. Rimer